FILED COPY

Michael H. Bierman, State Bar No. 89156
Jeffrey D. Wexler, State Bar No. 132256
LUCE, FORWARD, HAMILTON & SCRIPPS LLP 2009 OCT -9 PM 2:32
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731
E-Mail:  mbierman@luce.com
         jwexler@luce.com

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff K&N Engineering, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

EDCV 09-1900 VAP (DTBx)

K&N ENGINEERING, INC., a
California corporation,

        Plaintiff,

v.

SPECTRE PERFORMANCE, a
California corporation,

        Defendant.

Case No.:

**COMPLAINT FOR: (1) FALSE ADVERTISING (15 U.S.C. § 1125(a)); (2) FALSE ADVERTISING (Cal. Bus. & Prof. Code §§ 17500 et seq.); (3) STATUTORY UNFAIR COMPETITION (Cal. Bus. & Prof. Code §§ 17200 et seq.); AND (4) COMMON LAW UNFAIR COMPETITION**

**DEMAND FOR JURY TRIAL**

Plaintiff K&N Engineering, Inc. ("K&N") alleges as follows:

**JURISDICTION AND VENUE**

1.     This is a civil action seeking injunctive relief and disgorgement of profits based upon false advertising and unfair competition by defendant Spectre Performance ("Spectre"), which sells after-market automotive air intake systems and air filters in competition with K&N.  Spectre's false statements about its products and its failure to make disclosures required by law confuse and mislead the consuming public, and injure K&N, by causing consumers to believe incorrectly that Spectre's products (a) are equivalent to K&N's competing products or (b) have qualities or features that are superior to K&N's competing products.  The Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) over K&N's First Claim for Relief for false advertising actionable under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, because the claim arises under an act of Congress relating to trademarks.  The Court has jurisdiction pursuant to 28 U.S.C. § 1338(b) over K&N's Second through Fourth Claims for Relief for statutory false advertising, statutory unfair competition, and common law unfair competition actionable under California law because those claims are joined with a substantial and related claim under the trademark laws, and it also has supplemental jurisdiction over the Second through Fourth Claim for Relief under 28 U.S.C. § 1367(a) because those claims are so related to K&N's claims within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

2.     Venue is proper in this district: (a) because Spectre is subject to personal jurisdiction in this district and resides in this district for purposes of 28 U.S.C. §§ 1391(b)(1) and 1391(c); and, alternatively, (b) because a substantial part of the events giving rise to K&N's claims occurred in this district, making venue appropriate under 28 U.S.C. § 1391(b)(2).

**THE PARTIES**

3.      K&N is a corporation organized and existing under the laws of the State of California with its principal place of business in Riverside, California.

4.      Spectre is a corporation organized and existing under the laws of the State of California with its principal place of business in Ontario, California.

**FACTUAL BACKGROUND**

A.      **General Facts.**

5.      K&N and Spectre sell competing automotive air intake products – high performance washable air filters (including those which replace original equipment manufacturer ("OEM") disposable air filters) and high performance air intake systems (which replace the entire factory-installed air path to the engine and include an air filter).

6.      High performance air filters and air intake systems are added to vehicles as an "upgrade" or "premium" product that replaces disposable OEM filters and can enhance a vehicle's engine power to the extent they reduce airflow restriction.

7.      K&N is a world-renowned inventor, manufacturer, distributor, and the leading innovator of cotton gauze reusable air filters for use in automobiles and motorcycles.  K&N's cotton gauze air filters represent more than 50 percent of the market for replacement performance air filters.  K&N currently maintains a stocking catalog of more than 3,500 part numbers, and it sells more than 1,200 different replacement air filters for virtually every vehicle on the road.  Since 1969, K&N has sold more than 32 million reusable air filters.

8.      For more than 35 years, K&N has led the industry in researching and designing top-of-the-line reusable cotton air filters for automobile and motorcycle enthusiasts in the United States and around the world.  K&N vigorously tests its air filter products in its own state-of-the-art research and design facility to ensure the quality of its products.

9.     K&N also designs, builds, and tests air intake systems with the goal of increasing horsepower.  K&N currently manufactures more than 300 different air intake systems.  Since 1992, K&N has sold more than 2.2 million air intake systems in the United States and abroad.

10.    K&N manufactures its domestic air filters and air intake systems for sale in the United States in Riverside, California.  (K&N also has a plant in the United Kingdom where it manufactures air filters and air intake systems for sale in Europe.)

11.    Spectre's catalog includes about 53 different cotton air filters and about 16 different air intake systems (exclusive of air intake systems that customers may build using Spectre's Modular Air Intake Systems and its ProFab Kits).

12.    Spectre imports its air filters and air intake systems from China, and it sells them at significantly lower prices than the corresponding K&N products.

B.     **Pollution Control Regulations for Air Intake Systems.**

13.    Air intake systems are intended for use with required motor vehicle pollution control devices and modify the original design or performance of those devices.  As a result, the advertising, sale, and use of air intake systems in California are extensively regulated by the California Air Resources Board (the "CARB").

14.    California Veh. Code § 27156 prohibits the sale, offering for sale, or advertising of any replacement air intake system for use in vehicles on public highways in California unless the CARB has issued an Executive Order under Cal. Veh. Code § 27156(h) specifically permitting the use of that system for vehicles of a particular make, model, model year, and engine size.  Thereafter, it is legal to sell, offer for sale, and advertise that system for vehicles of the make, model, model year, and engine size specified in the Executive Order.

15.    CARB regulations, in particular 13 Cal. Code Reg. § 2222, prohibit the advertising, offering for sale, selling, or installing of add-on parts that are not the subject of an Executive Order issued by the CARB without a disclaimer making

4

clear that the parts are not legal for highway use in California.  Some other states, including New York, have similar laws restricting the selling, offering for sale, or advertising of add-on parts that are not the subject of a CARB Executive Order.

16.     The CARB's "Procedures for Exemption of Add-On and Modified Parts" (as amended June 1, 1990) prohibit claims such as "Approved by the Air Resources Board" in any advertising or other communication about parts covered by an Executive Order.

C.     **Spectre's Advertising Claims in Violation of Pollution Control Laws and Regulations.**

17.     Spectre has obtained a single Executive Order from the CARB allowing the use in California of certain air intake systems imported by Spectre for specific models of vehicles.  That Order, Executive Order D-629 dated January 8, 2008, permits the sale of 12 Spectre air intake systems for specific, identified vehicle applications.  Attached hereto as Exhibit 1 and incorporated by reference is a true and correct copy of Executive Order D-629.

18.     Spectre sells, offers to sell, and advertises other air intake systems in California that are not covered by Executive Order D-629, including the air intake systems designated by Spectre as Part Nos. 9903, 9924, 9925, and 9931.  Spectre also sells, offers to sell, and advertises other air intake systems in California to be used on specific years, makes, and models of automobiles not covered by Executive Order D-629, and these air intake systems are therefore not legal for highway use in California on these vehicles.  Attached hereto as Exhibit 2 and incorporated by reference is a true and correct copy of a set of photographs of the packaging of a representative Spectre air intake system (Part No. 9924) that is not covered by Executive Order D-629.  Attached hereto as Exhibit 3 and incorporated by reference are true and correct copies of the portion of Spectre's catalog (available on Spectre's website) that offers for sale and advertises Spectre's Modern Muscle Cold Air

1   Intakes (including, on page 13, an offer for sale and advertisement of Part No.
2   9924).

3          a.     Spectre sells, offers to sell, and advertises at least some,
4   and, on information and belief, all of these air intake systems, without
5   providing consumers with reasonable notice either in its advertising,
6   catalogs, or website or on its packaging that the systems are not legal
7   for highway use in California or the other states that restrict the sale of
8   pollution control devices not permitted in California.

9          b.     By not providing the legally required disclosure, Spectre is
10  misleading consumers into believing that these air intake systems are
11  legal for highway use in California and elsewhere when they are not.

12         c.     These air intake systems compete with air intake systems
13  sold by K&N and other companies that are legal for highway use in
14  California but are more expensive.

15         d.     Moreover, for at least some and, on information and
16  belief, all of these air intake systems, Spectre includes with the air
17  intake system a decal for use on the system that falsely suggests that the
18  system is covered by Executive Order D-629 and is therefore legal for
19  highway use in California.  Attached hereto as Exhibit 4 and
20  incorporated by reference is a true and correct copy of a photograph of
21  such a decal (included with Part No. 9924).

22      19.    Spectre sells, offers to sell, and advertises other air intake systems in
23  California – designated by Spectre as its Modular Air Intake Systems and its ProFab
24  Kits – that are not legal for highway use in California.  Spectre does not state either
25  in its advertising, catalogs, or website or on its packaging that those products are not
26  legal for highway use in California.  Attached hereto as Exhibits 5 and 6,
27  respectively, and incorporated by reference are true and correct copies of the
28  portions of Spectre's catalog (available on Spectre's website) offering for sale and

advertising Spectre's Modular Air Intake Systems and ProFab Kits, respectively. The packaging for these products states in fine print: "May not be legal for use on pollution-controlled vehicles.  Check local laws."  Attached hereto as Exhibit 7 is a true and correct copy of a set of photographs of the packaging for a representative Spectre product (Part No. 8219) containing this statement.  (For purposes of scale, a dime has been placed next to the statement on one of the photographs of the packaging.)

20.     Executive Order D-629 specifically provides that "No claim of any kind, such as 'Approved by the Air Resources Board,' may be made with respect to the action taken herein in any advertising or other oral or written communication." Nonetheless, Spectre, at least until recently, has stated on its packaging and in its advertising and marketing in California that its air intake systems covered by the Order are "CARB-Approved."  Attached hereto as Exhibit 8 and incorporated by reference is a true and correct copy of a set of photographs of the packaging for a representative Spectre product (Part No. 9960) on which Spectre makes such claims. (The claims also appear at pages 11 through 14 of the portion of Spectre's catalog (available on Spectre's website) that offers for sale and advertises Spectre's Modern Muscle Cold Air Intakes, a true and correct copy of which is attached hereto as Exhibit 3 and is incorporated by reference.)  These claims create a competitive advantage for Spectre because they falsely suggest a greater level of CARB endorsement for Spectre's covered air intake systems than exists for competing K&N products that are legal for highway use in California but are not advertised as "CARB-Approved."

21.     Spectre claims in its catalog (available on its website) that a number of air intake systems not legal for highway use in California are "C.A.R.B. Approval Pending."  Such claims appear at pages 11 and 13 of the portion of Spectre's catalog that offers for sale and advertises Spectre's Modern Muscle Cold Air Intakes, a true and correct copy of which is attached hereto as Exhibit 3 and is incorporated by

7

reference.  This claim is misleading because it falsely implies that the air intake systems will soon receive CARB approval or exemption and thereafter become legal for highway use in California.  In facts, parts sold before issuance of an Executive Order covering them are never legal for highway use in California, either before or after the Executive Order issues.

### D. Spectre's Advertising Claims about Fuel Efficiency.

22.     In its catalogs for all of its air filters (available on its website), in its application guide for its "Speed By Spectre hpR" products (available on its website), and on product packaging for all of its air filters and its air intake systems, Spectre claims that use of a Spectre air filter "Saves Gas" and that "Government studies show that an efficient air filter can give you up to 10% better fuel economy, which translates to money in your pocket."  K&N is informed and believes, and based thereupon alleges, that Spectre has not conducted any independent testing to support this claim.  Attached hereto as Exhibit 9 and incorporated by reference is a true and correct copy of a set of photographs of the packaging for a representative Spectre product (Part No. 8039) containing these statements.  Attached hereto as Exhibit 10 and incorporated by reference are true and correct copies of pages from Spectre's catalog (available on Spectre's website) that offer for sale and advertise its air filters (including, on page 50, examples of these statements).

23.     These statements are both false.  A government website states that "replacing a clogged air filter on cars with fuel-injected, computer controlled engines does not improve fuel economy" and that "this kind of engine is prevalent on most gasoline cars manufactured from the early 1980s onward."  The same government website states that "replacing a clogged air filter on an older car with a carbureted engine may improve fuel economy 2 to 6 percent under normal replacement conditions or up to 14 percent if the filter is so clogged that it significantly affects drivability."

24.     Most of the Spectre air filters and air intake systems about which Spectre makes a fuel economy claim are for fuel-injected, computer-controlled engines for gasoline cars manufactured from the early 1980s onward.

**E.      Spectre's Advertising Claims about Filtration.**

25.     Spectre claims in its catalog (available on its website), in its application guide for its "Speed By Spectre hpR" products (available on its website), and on the packaging for its air filters and air intake systems that "[a]ll Speed By Spectre hpR filters are tested at independent labs using ISO 5011 standards, and have been proven to filter 99.6% of particles."  Examples of such claims appear (a) at page 50 of the portion of Spectre's catalog that advertises Spectre's air filters and offers them for sale, a true and correct copy of which is attached hereto as Exhibit 10 and is incorporated by reference; and (b) on the packaging for a representative Spectre product (Part No. 8039), true and correct copies of photographs of which are attached hereto as Exhibit 9 and are incorporated by reference.

a.      This statement is misleading because it is a claim based on test results that is presented without disclosing sufficient information about the test conditions to allow the claim to be evaluated.

b.      The statement is also false or misleading as to at least some and, on information and belief, most "Speed By Spectre hpR" filters.  ISO 5011 prescribes test procedures for measuring the initial and cumulative efficiency of automotive air filters.  Efficiency is measured by the percentage of dust particles by weight filtered by the filter being tested.  An independent laboratory that tested four Spectre air filters for K&N under conditions approximating normal driving conditions reported that the tested filters had, respectively, initial efficiencies of 92.93%, 95.45%, 96.95%, and 92.11%.  The first three of these filters had cumulative efficiencies of 93.96%, 94.85%, and 97.44%.  (The cumulative efficiency of the fourth could not be

1   measured because the filter stopped functioning in accordance with test

2   conditions during the initial efficiency test.)

3          c.     K&N is informed and believes, and based thereupon

4   alleges, that all "Speed By Spectre hpR" filters are not, in fact, tested

5   by independent laboratories using ISO 5011 standards, and that

6   Spectre's claim to the contrary is therefore false.

7   26.    The packaging for Spectre's "PowerAdder" products includes a chart

8   labeled "Filter Particle Retention."  Attached hereto as Exhibit 11 and incorporated

9   by reference is a true and correct copy of a set of photographs of the packaging of

10  one Spectre air filter (Part No. 81540) that includes this chart.  The chart claims that

11  the Spectre "PowerAdder" filter traps a higher percentage of particles of various

12  sizes than K&N air filters (identified as "Brand K" on the chart).  This claim is false

13  and misleading because: (a) it is a claim based on test results that are presented

14  without disclosing sufficient information about the test conditions to allow the claim

15  to be evaluated; and (b) it is made on the packaging of all PowerAdder air filters

16  although it appears to be the test of one particular PowerAdder air filter.  Based on

17  independent testing that it has commissioned, K&N is informed and believes, and

18  based thereupon alleges, that this chart is also false and misleading because

19  PowerAdder air filters do not in fact trap a higher percentage of dust than

20  comparable K&N air filters.

21          **E.     Spectre's Advertising Claims about Performance.**

22  27.    Spectre displays a graph entitled "Dyno Gains" in its catalog (available

23  on its website), in its application guide for its "Speed By Spectre hpR" products

24  (available on its website), and on the packaging for its air filters and air intake

25  systems, accompanied by the statement "Replacing your stock filter with a Speed

26  By Spectre hpR filter will result in real power gains."  Examples of this graph

27  appear (a) at page 50 of the portion of Spectre's catalog that offers for sale and

28  advertises Spectre's air filters, a true and correct copy of which is attached hereto as

Exhibit 10 and is incorporated by reference; and (b) on the packaging for a representative Spectre product (Part No. 8039), true and correct copies of photographs of which are attached hereto as Exhibit 9 and are incorporated by reference.

28.     The "Dyno Gains" graph shows a maximum increase in horsepower and torque of 35% and 30%, respectively, and an increase in peak horsepower and torque of 12% and 17%, respectively.  It is false (i) because the claim is made without disclosing sufficient information about the test conditions to allow the claim to be evaluated and (ii) K&N is informed and believes, and based thereupon alleges, that replacing a stock air filter with a "Speed By Spectre hpR" filter will not increase either an engine's horsepower or its torque by the amounts shown in the graph.

29.     The packaging and Spectre's catalog for each "Speed By Spectre hpR" air filter and air intake system contains an "Horsepower Rating" and a "CFM rating."  ("CFM" is the measure of air flow in cubic feet per minute.)  Examples of such ratings appear on: (a) the packaging for a representative Spectre product (Part No. 8755), true and correct copies of photographs of which are attached hereto as Exhibit 12 and are incorporated by reference; (b) pages 56 through 65 of the portion of Spectre's catalog that offers for sale and advertises Spectre's air filters, a true and correct copy of which is attached hereto as Exhibit 10 and is incorporated by reference; (c) pages 11 through 14 of the portion of Spectre's catalog that offers for sale and advertises Spectre's Modern Muscle Cold Air Intakes, a true and correct copy of which is attached hereto as Exhibit 3 and is incorporated by reference; and (d) pages 17 through 22 and 24 of the portion of Spectre's catalog that offers for sale and advertises Spectre's ProFab Kits, a true and correct copy of which is attached hereto as Exhibit 6 and is incorporated by reference.

11

30.   Spectre's catalog (available on Spectre's website) states at page 50 of the portion that offers for sale and advertises Spectre's air filters (included in Exhibit 10 hereto):

### HORSEPOWER AND CFM RATED

What does this mean?  Each filter has been tested on a SuperFlow 1200 FlowBench, the state-of-the-art of FlowBenches.  The CFM and Horsepower ratings are what the filter will support in a naturally aspirated engine with no measurable loss due to restriction.  This is important to know if the vehicle has been modified for increased performance as it tells you how much power the filter will support. These filters are rated at a much higher number than the requirements of the engine.  Like speed ratings on a tire, it's always better to have more.

a.   Spectre's Horsepower and CFM ratings are misleading because they bear no relationship to the actual use of the air filter or air intake system.  K&N is informed and believes, and based thereupon alleges, that in general Spectre's air filters are incapable of effectively filtering at the air flow listed as the CFM rating, Spectre's air intake systems are incapable of effectively allowing the air flow listed as the CFM rating, and that the engines with which the air filters and air intake systems are used are generally incapable of generating the horsepower listed as the horsepower rating, with or without a Spectre air filter or air intake system.

b.   K&N is informed and believes, and based thereupon alleges, that Spectre's statements concerning the significance of its Horsepower and CFM ratings are false in that: (1) Spectre air filters, when functioning properly, generally will not allow airflow at the CFM rating in a naturally aspirated engine with no measurable loss due to restriction; and (2) such filters, when functioning properly, will not provide satisfactory filtration for engines generating horsepower at the horsepower rating.

12

**F.   Effect of Spectre's Conduct on K&N.**

31.   K&N has suffered injury in fact and has lost money and income as a result of Spectre's false advertising and unfair competition.  K&N is informed and believes, and based thereupon alleges, that at least some consumers, wholesalers, and retailers have chosen to purchase air intake products from Spectre rather than K&N based upon Spectre's false statements concerning CARB approval, improved fuel efficiency, filtration, and performance, and its failure to disclose that a number of its air intake systems are not legal for highway use in California.  Because of K&N's leading position in the market for after-market air intake products and because of the similarity in the types of air intake products sold by K&N and Spectre, a substantial percentage of additional sales made by Spectre will almost certainly have been diverted from K&N.

32.   On August 6, 2009, K&N sent a cease-and-desist letter to Spectre detailing the false advertising alleged herein and demanding that Spectre take the steps necessary to remedy it.  Although Spectre indicated that it would change its advertising in several respects, it refused to correct any of the false and misleading statements enumerated above, except: (a) to stop referring to its air intake systems covered by Executive Order D-629 as "CARB Approved"; (b) to make an unspecified "appropriate disclaimer" about its "CARB Approval Pending" statements; (c) to alter its gas mileage claim to claim increases in fuel economy "up to 10%;" and (d) to cover the "Dyno Gains" chart on its filter packaging.

## FIRST CLAIM FOR RELIEF

### (for False Advertising,

### 15 U.S.C. § 1125(a))

33.   K&N refers to paragraphs 1 through 32 of the Complaint, inclusive, and incorporates them by reference as though set forth in full.

34.   As alleged in detail above, K&N is informed and believes, and based thereupon alleges, that Spectre on its product packaging, its catalogs (available on

13

its website), and its application guides (available on its website) makes a number of false or misleading claims.  For example:

(a)    Spectre advertises, markets, and sells certain air intake systems that are not exempted from the prohibitions of Cal. Veh. Code § 27156, including certain air intake systems that are sold with the statement "C.A.R.B. Approval Pending," without providing the legally required notice that the air intake systems are not legal for highway use in the State of California.  Without the required statement, Spectre is falsely stating by implication that the air intake systems are legal for such use;

(b)    Spectre falsely suggests that use of a Spectre air filter will save gas and improve fuel economy by up to 10 percent, and that government studies support this contention;

(c)    Spectre falsely claims that "[a]ll models of Speed By Spectre hpR filters are tested at independent labs using ISO 5011 standards and have been proven to filter 99.6% of particles";

(d)    Spectre makes false claims concerning the percentage of particles of certain sizes retained by its air filters as compared to the percentage of such particles retained by K&N air filters;

(e)    Spectre makes false claims concerning air flow capacities and horsepower ratings that are inflated and bear no relationship to the actual use of the air filter or the air intake system; and

(f)    Spectre makes false claims concerning the torque and horsepower increases that would result from replacing a clean OEM air filter with a Spectre air filter.

35.    K&N is informed and believes, and based thereupon alleges, that Spectre knew or should have known that each of these claims is false or misleading.

36.     Through the conduct alleged above, Spectre has used in interstate commerce false or misleading descriptions or representations of fact in connection with the commercial advertising or promotion of goods.  Such descriptions and representations misrepresent the nature, characteristics, and qualities of Spectre's air intake products, and are likely to influence the purchasing decision of consumers, wholesalers, and retailers.  Such descriptions and representations have actually deceived or have the tendency to deceive a substantial segment of the relevant customers, and have injured K&N by diverting sales from K&N to Spectre.  Accordingly, Spectre's conduct violates 15 U.S.C. § 1125(a).

37.     Spectre's false advertising in violation of 15 U.S.C. § 1125 has caused substantial injury to K&N and is continuing to cause substantial injury.  K&N has no adequate remedy at law for these injuries.  Unless Spectre is restrained by this Court from continuing its false advertising in violation of 15 U.S.C. § 1125, these injuries will continue to accrue.  Pursuant to 15 U.S.C. § 1116, K&N is entitled to preliminary and permanent injunctive relief against Spectre's false advertising.

38.     K&N is entitled, under 15 U.S.C. § 1117, to recover Spectre's profits realized as a result of Spectre's false advertising.  Spectre's profits are in an amount not yet ascertained but to be proven at trial.

39.     K&N is informed and believes, and based thereupon alleges, that Spectre's false advertising as alleged herein was and is intentionally fraudulent, malicious, willful, and wanton.  K&N is therefore entitled, pursuant to 15 U.S.C. § 1117, to recover threefold Spectre's profits realized by reason of Spectre's false advertising.  K&N is further entitled under 15 U.S.C. § 1117 to recover the attorneys' fees incurred by it in this action.

**SECOND CLAIM FOR RELIEF**

**(for False Advertising,**

**Cal. Bus. & Prof. Code §§ 17500 *et seq.*)**

40.     K&N refers to paragraphs 1 through 39 of the Complaint, inclusive, and incorporates them by reference as though set forth in full.

41.     Spectre has engaged in the advertising described above with the intent to sell its air filters and intake products.

42.     Spectre's advertising is false or misleading, and is likely to deceive consumers, wholesalers, and retailers, in that Spectre's false statements concerning its air filters and air intake systems are likely to induce consumers, wholesalers, and retailers to purchase Spectre's air filters and air intake systems instead of competing products sold by K&N.  K&N is informed and believes, and based thereupon alleges, that Spectre's false and misleading statements have actually induced certain consumers, wholesalers, and retailers to purchase Spectre's air filters and air intake systems instead of competing products sold by K&N.

43.     K&N is informed and believes, and based thereupon alleges, that in making and disseminating these statements, Spectre knew, or by the exercise of reasonable care should have known, that these statements were untrue or misleading.

44.     Through the conduct alleged herein, Spectre has made false or misleading advertising claims, including claims that (a) purport to be based on factual, objective, or clinical evidence, (b) compare the effectiveness of Spectre's products to that of other brands or products, and (c) purport to be based on fact, and has thereby violated Cal. Bus. & Prof. Code § 17508(a).

45.     Spectre's false advertising in violation of Cal. Bus. & Prof. Code §§ 17500 and 17508(a) has caused substantial injury to K&N and is continuing to cause substantial injury.  K&N has no adequate remedy at law for these injuries. Unless Spectre is restrained by this Court from continuing its activities in violation

1   of Cal. Bus. & Prof. Code §§ 17500 and 17508(a), these injuries will continue to

2   accrue.  Pursuant to Cal. Bus. & Prof. Code § 17535, K&N is entitled to preliminary

3   and permanent injunctive relief against Spectre's false advertising.

### THIRD CLAIM FOR RELIEF

**(for Statutory Unfair Competition,**

**Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

7   46.   K&N refers to paragraphs 1 through 45 of the Complaint, inclusive,

8   and incorporates them by reference as though set forth in full.

9   47.   Spectre, by doing the acts alleged herein, has acted in violation of 15

10  U.S.C. § 1125(a), Cal. Bus. & Prof. Code §§ 17500 *et seq.*, Cal. Veh. Code § 27156,

11  and 13 Cal. Code Reg. § 2222 (by, *inter alia*, using the legally impermissible

12  statements "CARB-Approved" and "C.A.R.B. Approval Pending" to advertise,

13  market, and sell certain air intake systems), and has thereby engaged in unfair and

14  unlawful business practices constituting statutory unfair competition in violation of

15  Cal. Bus. & Prof. Code §§ 17200 *et seq.*

16  48.   Spectre's unfair and unlawful business practices in violation of Cal.

17  Bus. & Prof. Code §§ 17200 *et seq.* have caused substantial injury to K&N and are

18  continuing to cause substantial injury.  K&N has no adequate remedy at law for

19  these injuries.  Unless Spectre is restrained by this Court from continuing its unfair

20  and unlawful business practices in violation of Cal. Bus. & Prof. Code §§ 17200 *et*

21  *seq.*, these injuries will continue to accrue.  Pursuant to Cal. Bus. & Prof. Code

22  § 17204, K&N is entitled to preliminary and permanent injunctive relief against

23  Spectre's unfair and unlawful business practices constituting statutory unfair

24  competition in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*

### FOURTH CLAIM FOR RELIEF

**(for Common Law Unfair Competition)**

27  49.   K&N refers to paragraphs 1 through 48 of the Complaint, inclusive,

28  and incorporates them by reference as though set forth in full.

50.     Spectre, by doing the acts alleged herein, has engaged in common law unfair competition actionable under the laws of the state of California.

51.     Spectre's wrongful conduct constituting common law unfair competition has caused substantial injury to K&N and is continuing to cause substantial injury.  K&N has no adequate remedy at law for these injuries.  Unless Spectre is restrained by this Court from continuing its activities constituting common law unfair competition, these injuries will continue to accrue.  K&N is entitled to preliminary and permanent injunctive relief against Spectre's common law unfair competition.

## **PRAYER**

WHEREFORE, plaintiff K&N Engineering, Inc. prays for judgment as follows:

A.     FOR INJUNCTIVE RELIEF, ON ALL CLAIMS FOR RELIEF:

(1)     For a preliminary injunction and permanent injunction enjoining and restraining Spectre, and its directors, officers, agents, servants, employees, representatives, successors, assigns and any persons acting at their request or direction or in active concert or participation with them, or any related company embraced within the definition thereof contained in 15 U.S.C. § 1127, from making the following statements on the packaging of Spectre's air filters and air intake systems or in the advertising, promotional materials, catalogs, broadcasts, websites, or other materials, whether oral, written, or electronic, used in connection with the sale or offer for sale of Spectre's air filters and air intake systems:

(a)     Any statement or representation that declares or suggests that any Spectre air intake system is "50

18

state legal" or legal for use on public highways in California (or any other state requiring a CARB Executive Order) unless it has a CARB Executive Order covering all of the applications for which it is sold;

(b)    any statement or representation offering for sale any Spectre air intake system not covered by a CARB Executive Order without conspicuously disclosing that such air intake system is not legal for use on public highways in California (or on public highways in any other state requiring a CARB Executive Order);

(c)    any statement or representation that declares or suggests that any Spectre air intake system is "CARB-Approved" or "C.A.R.B. Approval Pending";

(d)    any statement or representation that declares or suggests that use of a Spectre air filter will save gas or improve fuel economy;

(e)    any statement about or graphical representation of filtration efficiency, dust capacity, air flow capacity or restriction, horsepower, or torque that is not supported by test results;

(f)    any statement about or graphical representation of air flow capacity or restriction or horsepower based upon any test that does not replicate the air flow into a vehicle's engine under actual operating conditions; and

19

(g)     any statement or graphical representation comparing filtration efficiency, dust capacity, air flow capacity or restriction, horsepower, or torque unless the compared air filters or air intake systems are comparable and are tested under identical circumstances.

(2)     For an order requiring Spectre to file with this Court and to serve upon K&N within 30 days after service of an injunction, a report in writing under oath setting forth in detail the manner and form in which Spectre has complied with the injunction; and

(3)     For an order requiring Spectre to engage in corrective advertising to correct any misperceptions resulting from its false advertising.

B.     FOR MONETARY RELIEF, ON THE FIRST CLAIM FOR RELIEF:

(1)     For an order requiring Spectre to account for and pay over to K&N the profits realized by Spectre by reason of its false advertising, trebled pursuant to 15 U.S.C. § 1117; and

(2)     For prejudgment interest at the maximum rate allowed by law.

C.     ON ALL CLAIMS FOR RELIEF:

(1)     For K&N's costs of suit herein;

(2)     For attorneys' fees to the extent allowed by statute, including, without limitation, 15 U.S.C. § 1117; and

1          (3)    For such other and further relief as the Court deems just and

2          proper.

3

4    DATED: October 9, 2009      LUCE, FORWARD, HAMILTON & SCRIPPS LLP
     Michael H. Bierman

5    Jeffrey D. Wexler

6

7

8    By: _____

9        Michael H. Bierman
     Attorneys for Plaintiff K&N Engineering, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2          K&N demands trial by jury on all issues triable at law.

3

4   DATED: October 9, 2009          LUCE, FORWARD, HAMILTON & SCRIPPS LLP
                                    Michael H. Bierman
5                                   Jeffrey D. Wexler

6

7

8   By: _____
                                    Michael H. Bierman
9                                   Attorneys for Plaintiff K&N Engineering, Inc.

10

11

12

13

14   201038945.5

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22

**EXHIBIT 1**

State of California
AIR RESOURCES BOARD

EXECUTIVE ORDER D-629

Relating to Exemptions under
Section 27156 of the Vehicle Code

Spectre Performance
Air Intake Kits

Pursuant to the authority vested in the Air Resources Board by Section 27156 of the Vehicle Code; and

Pursuant to the authority vested in the undersigned by Sections 39515 and 39516 of the Health and Safety Code and Executive Order G-02-003;

IT IS ORDERED AND RESOLVED: That installation of the Air Intake Kits, manufactured by Spectre Performance of 1720 South Carlos Avenue, Ontario, California 91761, has been found not to reduce the effectiveness of the applicable vehicle pollution control systems, and therefore, the Air Intake Kits are exempt from the prohibitions in Section 27156 of the Vehicle Code for installation on the vehicles listed in Attachment A.

The Air Intake Kits include an open-element air filter, inlet tube(s), and assorted mounting hardware and connecting hoses, including the positive crankcase ventilation breather hose in some applications.

This Executive Order is based on Cold-Start CVS-75 Federal Test Procedure tests, Supplemental Federal Test Procedure US06 test, and On-Board Diagnostic II System tests conducted by Spectre Performance with the Air Intake Kits.

If evidence provides the Air Resources Board with reasons to suspect that the Air Intake Kits will affect the durability of the emission control system, Spectre Performance shall be required to submit durability data to show that the durability of the vehicle emission control system is not, in fact, affected and/or that the add-on or modified parts demonstrate adequate durability.

This Executive Order is valid provided that installation instructions for the Air Intake Kits do not recommend tuning the vehicles to specifications different from those of the vehicle manufacturer.

Changes made to the design or operating conditions of the Air Intake Kits, as exempt by the Air Resources Board, which adversely affect the performance of the vehicles' emission control system, shall invalidate this Executive Order.

Marketing of the Air Intake Kits using identification other than that shown in this Executive Order or for an application other than that listed in this Executive Order shall be prohibited unless prior approval is obtained from the Air Resources Board.

-2-

Exemption of the Air Intake Kits shall not be construed as exemption to sell, offer for sale, or advertise any component of the kits as an individual device.

This Executive Order shall not apply to any Air Intake Kits advertised, offered for sale, sold with, or installed on a motor vehicle prior to or concurrent with transfer to an ultimate purchaser.

This Executive Order does not constitute any opinion as to the effect the use of the Air Intake Kits may have on any warranty either expressed or implied by the vehicle manufacturer.

No claim of any kind, such as "Approved by the Air Resources Board," may be made with respect to the action taken herein in any advertising or other oral or written communication.

In addition to the foregoing, the Air Resources Board reserves the right in the future to review this Executive Order and the exemption provided herein to assure that the exempted add-on or modified part continues to meet the standards and procedures of California Code of Regulations, Title 13, Section 2222, et seq.

THIS EXECUTIVE ORDER DOES NOT CONSTITUTE A CERTIFICATION, ACCREDITATION, APPROVAL, OR ANY OTHER TYPE OF ENDORSEMENT BY THE AIR RESOURCES BOARD OF ANY CLAIMS OF THE APPLICANT CONCERNING ANTI-POLLUTION BENEFITS OR ANY ALLEGED BENEFITS OF SPECTRE PERFORMANCE'S AIR INTAKE KITS.

Violation of any of the above conditions shall be grounds for revocation of this Executive Order.  The Executive Order may be revoked only after a ten-day written notice of intention to revoke the Executive Order, in which period the holder of the Executive Order may request in writing a hearing to contest the proposed revocation.  If a hearing is requested, it shall be held within ten days of receipt of the request, and the Executive Order may not be revoked until a determination is made after the hearing that grounds for revocation exist.

Executed at El Monte, California, this _____*8*_____ day of January 2008.


Annette Hebert, Chief
Mobile Source Operations Division

SPECTRE PERFORMANCE – AIR INTAKE KITS – D-629

EXHIBIT _1_ PAGE _24_

Attachment A                                        (Page 1 of 2)

| Air Intake Kits | | | |
|---|---|---|---|
| Part Number | Model Year | Model | Engine |
| 9900 | 2002-2006 | Cadillac Escalade/Escalade EXT | 5.3/6.0L |
| 9900 | 2003-2006 | Cadillac Escalade ESV | 6.0L |
| 9900 | 2002-2006 | Chevrolet Avalanche | 5.3L |
| 9900 | 1999-2006 | Chevrolet/GMC Silverado/Sierra 1500/2500 | 4.8/5.3/6.0L |
| 9900 | 2001-2005 | Chevrolet/GMC Silverado/Sierra 1500HD/2500HD | 6.0L |
| 9900 | 2003-2006 | Chevrolet Silverado SS | 6.0L |
| 9900 | 2000-2006 | Chevrolet/GMC Tahoe/Yukon/Yukon XL/Suburban | 4.8/5.3/6.0L |
| 9900 | 2001-2006 | GMC Yukon Denali | 5.3L |
| 9900 | 2001-2004 | GMC Yukon Denali | 6.0L |
| 9901 | 1996-2003 | Chevrolet/GMC Blazer/S10/Jimmy/Sonoma | 4.3L |
| 9902 | 1999-2004 | Chevrolet/GMC Blazer/S10/Jimmy | 2.2L |
| 9902 | 1998-2004 | GMC Sonoma | 2.2L |
| 9902 | 1999-2003 | Isuzu Hombre | 2.2L |
| 9904 | 2001-2004.5 | Chevrolet/GMC Silverado/Sierra 2500HD/3500 | 6.6L Duramax diesel |
| 9904 | 2001-2003 | Chevrolet/GMC Silverado/Sierra 3500 | 6.6L Duramax diesel |
| 9920 | 1997-2003 | Ford F-series trucks, excluding Super-Duty and Lightning | 4.6/5.4L |
| 9920 | 1997-2004 | Ford Expedition | 4.6/5.4L |
| 9920 | 1998-1999 | Lincoln Navigator | 5.4L |
| 9921 | 2000-2004 | Ford Excursion | 6.8L |
| 9921 | 1999-2003 | Ford F-series Super-Duty trucks | 6.8L |
| 9922 | 1999-2004 | Ford F-series Super-Duty trucks, Excursion | 7.3L turbocharged diesel |
| 9923 | 1996-2003 | Ford Mustang GT, excluding Bullitt | 4.6L |
| 9932 | 2003-2005 | Doge Ram trucks | 5.7L HEMI |
| 9940 | 1997-2002 | Jeep Wrangler | 2.5L |

SPECTRE PERFORMANCE – AIR INTAKE KITS – D-629

EXHIBIT __1__ PAGE __25__

Attachment A                    (Page 2 of 2)

| Air Intake Kits | | | |
|---|---|---|---|
| Part Number | Model Year | Model | Engine |
| 9960 | 1999-2002 | Toyota 4Runner | 3.4L |
| 9960 | 1999-2004 | Toyota Tacoma | 3.4L |
| 9961 | 2000-2002 | Toyota Tundra | 4.7L |
| 9961 | 2000-2003 | Toyota Sequoia | 4.7L |

SPECTRE PERFORMANCE – AIR INTAKE KITS – D-629

EXHIBIT __/__ PAGE _26_

**EXHIBIT 2**

EXHIBIT _2_ PAGE _17_

SPEED BY SPECTRE

HPR

HORSEPOWER RATED

MORE POWER™

SAVES GAS™

LIFETIME WARRANTY™

FITS MUSTANG GT
4.6L V8 2004-2007

INTAKE

EXHIBIT 2 PAGE 98



EXHIBIT _2_ PAGE _29_



EXHIBIT 2 PAGE 30



EXHIBIT 2 PAGE 31



EXHIBIT _2_ PAGE _32_



# hpR FILTER INCLUDED

## MORE AIR = MORE POWER

Replacing your stock filter with a Speed by Spectre hpR™ filter will result in real power gains. The hpR™ filter material allows air to flow easily to the engine, resulting in better combustion and a more efficient use of fuel.



## SAVES GAS / ULTRA EFFICIENT

Better air flow translates to better fuel economy. Government studies show that an efficient air filter can give you up to 10% better fuel economy, which translates to money in your pocket. But filtration flow is without benefit if you sacrifice filtration itself, exposing your engine to harmful particles. All Speed by Spectre™ hpR™ filters are tested at independent labs using ISO 5011 standards, and have been proven to filter 99.6% of particles.

## WASHABLE / REUSABLE / PERMANENT FILTER

The AccuCharge™ Precision Oiling System (p/n 880001) makes cleaning and re-oiling your permanent filter simple and foolproof. The Speed by Spectre™ AccuCharge™ system ensures that the precise amount of oil is used every time, resulting in optimized air flow without compromising filter effectiveness.



**To AccuCharge your filter, just follow these simple steps:**






EXHIBIT 2 PAGE 33

# INTAKE FITMENT GUIDE
New applications added weekly.
Check website for current listing

### #9900 CADILLAC, CHEVY & GMC

| MODEL | ENGINE | YEAR |
|---|---|---|
| Escalade | 5.3L V8 | 02-06 |
| Escalade | 6.0L V8 | 02-06 |
| Escalade EXT | 6.0L V8 | 02-06 |
| Escalade ESV | 6.0L V8 | 02-06 |
| Avalanche | 5.3L V8 | 99-06 |
| Silverado/Sierra 1500 | 4.8L V8 | 99-06 |
| Silverado/Sierra 1500 | 5.3L V8 | 99-06 |
| Silverado/Sierra 1500HD | 6.0L V8 | 01-05 |
| Silverado/Sierra 2500 | 5.3L V8 | 99-06 |
| Silverado/Sierra 2500 | 6.0L V8 | 99-06 |
| Silverado/Sierra 2500HD | 6.0L V8 | 01-06 |
| Silverado SS | 6.0L V8 | 03-06 |
| Tahoe/Yukon | 4.8L V8 | 00-06 |
| Tahoe/Suburban/Yukon/Yukon XL | 5.3L V8 | 00-06 |
| Tahoe/Suburban/Yukon/Yukon XL | 6.0L V8 | 00-06 |
| Yukon Denali | 6.0L V8 | 01-04 |
| Suburban 1500/2500 | 5.3L & 6.0L V8 | 00-06 |

### #9901 CHEVY & GMC

| MODEL | ENGINE | YEAR |
|---|---|---|
| Blazer | 4.3L V6 | 96-03 |
| S10 | 4.3L V6 | 96-03 |
| Jimmy | 4.3L V6 | 96-03 |
| Sonoma | 4.3L V6 | 96-03 |

### #9902 CHEVY, GMC & ISUZU

| MODEL | ENGINE | YEAR |
|---|---|---|
| S10 | 2.2-L4 w/AC | 94-04 |
| Sonoma | 2.2-L4 w/AC | 94-04 |
| Blazer | 2.2-L4 w/AC | 94-04 |
| Jimmy | 2.2-L4 w/AC | 94-04 |
| Hombre | 2.2-L4 w/AC | 94-04 |

### #9903 CHEVY & GMC

| MODEL | ENGINE | YEAR |
|---|---|---|
| Pickup | 5.0L V8 | 96-99 |
| Pickup | 5.7L V8 | 96-00 |
| Tahoe/Surburban | 5.7L V8 | 96-00 |
| Yukon | 5.7L V8 | 96-00 |

### #9904 CHEVY & GMC

| MODEL | ENGINE | YEAR |
|---|---|---|
| Silverado/Sierra 2500HD&3500 | LB7 Diesel | 01-04.5 |
| Silverado/Sierra 3500 | 6.6L V8 D | 01-03 |

### #9920 FORD & LINCOLN

| MODEL | ENGINE | YEAR |
|---|---|---|
| F150 | 4.6L V8 | 97-03 |
| F-150 | 5.4L V8 | 97-03 |
| Expedition | 4.6L V8 | 97-03 |
| Expedition | 5.4L V8 | 97-03 |
| Navigator | 5.4L V8 | 98-99 |

### #9921 FORD

| MODEL | ENGINE | YEAR |
|---|---|---|
| Excursion | 6.8L V10 | 00-03 |
| F-Series Super-Duty | 6.8L V10 | 99-03 |

### #9922 FORD

| MODEL | ENGINE | YEAR |
|---|---|---|
| Excursion | 7.3L TD | 00-03 |
| F-Series Super-Duty | 7.3L TD | 99-03 |

### #9923 FORD

| MODEL | ENGINE | YEAR |
|---|---|---|
| Mustang GT (Exc. Bullit) | 4.6L V8 | 96-03 |

### #9924 FORD

| MODEL | ENGINE | YEAR |
|---|---|---|
| Mustang GT | 4.6L V8 | 04-07 |

### #9926 FORD & LINCOLN

| MODEL | ENGINE | YEAR |
|---|---|---|
| F-150 | 5.4L V8 | 04-08 |
| Mark LT | 5.4L V8 | 06-08 |

### #9931 DODGE

| MODEL | ENGINE | YEAR |
|---|---|---|
| Ram 1500 | 5.2L V8 | 94-01 |
| Ram 1500/2500 | 5.9L V8 | 94-01 |

### #9932 DODGE

| MODEL | ENGINE | YEAR |
|---|---|---|
| Ram 1500/2500 | Hemi 5.7L V8 | 03-05 |

### #9940 JEEP

| MODEL | ENGINE | YEAR |
|---|---|---|
| Wrangler | 2.5L 4cyl | 97-02 |

### #9960 TOYOTA

| MODEL | ENGINE | YEAR |
|---|---|---|
| 4Runner | 3.4L V6 | 99-02 |
| Tacoma | 3.4L V6 | 99-04 |

### #9961 TOYOTA

| MODEL | ENGINE | YEAR |
|---|---|---|
| Tundra | 4.7L V8 | 00-02 |
| Sequoia | 4.7L V8 | 01-04 |

## SPEEDBYSPECTRE.COM


MEMBER


MEMBER

**LIFETIME WARRANTY**
This filter is warranted to last the lifetime
of the vehicle it is originally installed on.
More details inside.

**GARANTÍA POR VIDA**
Se garantiza el filtro de por vida en el vehículo
en que haya sido instalado originalmente. More
details inside. *Garantía no válida en México.

©2008 SPECTRE PERFORMANCE  Ontario, CA Made in China Hecho en China

EXHIBIT __2__ PAGE __34__

**EXHIBIT 3**



# MODERN MUSCLE COLD AIR INTAKES

**AIR INTAKES**

## CARB-APPROVED

## FOR MODERN MUSCLE CARS

## APPLICATION SPECIFIC

### COLD AIR = MORE POWER

Speed By Spectre is proud to announce that we now offer CARB-approved Modern Muscle Cold Air Intake Kits – a claim not many can make. This means you can easily and legally add up to 10% more horsepower to your late model V8, V6, and 4-cylinder vehicle and also improve your fuel economy.

How is this possible? Simple really. First, we developed a more open air box area, allowing additional cold air to enter and circulate – and cold air equals more power. Next, use a cylinder-shaped Speed By Spectre hpR™ Filter, which increases surface area thus allowing even more cold air into the system. Lastly, the factory air intake ducting is replaced with a more direct (and, we must say, better looking) polished 4" aluminum air intake. The result is that your engine gets more cold air than any other kit can offer.



EXHIBIT 3 PAGE 35

AIR INTAKES

# AND YOU DIDN'T THINK YOUR MUSCLE CAR COULD BE ANY FASTER...

## We all know that colder air equals more power, but how much of a difference is there? A HUGE AMOUNT.

Incoming air, heated by the radiator, engine, and exhaust can exceed temperatures of 200° F. For every 10°F reduction in incoming air temperature, the engine gains 1.5-2% in both Torque and Horsepower.

With the Speed By Spectre Modern Muscle Car cold air intake, the introduction of fresh, cold air to the engine guarantees incredible power gains. For example, a well-tuned performance engine that normally makes 300 horsepower with a 200°F inlet air temperature, will make 330 horsepower if the temperature is reduced to 140°F. This same engine will make 353 horsepower at 100°F (+18%!). And on a cool day, with incoming air at 60°F, this engine will make 381 horsepower (+27%!).





EXHIBIT _3_ PAGE _36_

**AIR INTAKES**

# MODERN MUSCLE COLD AIR INTAKES

## #9900
### CADILLAC, CHEVY & GMC

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Cadillac Escalade | 5.3L, 6.0L | 02-06 |
| Chevrolet Avalanche | 5.3L | 02-06 |
| Chevrolet Silverado 1500/2500 | 4.8L, 5.3L, 6.0L | 99-06 |
| GMC Sierra 1500/2500 | 4.8L, 5.3L, 6.0L | 99-05 |
| Chevrolet Tahoe | 4.8L, 5.3L, 6.0L | 00-06 |
| GMC Yukon | 4.8L, 5.3L, 6.0L | 00-06 |
| Chevrolet Suburban 1500/2500 | 5.3L, 6.0L | 00-06 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 500 | 675 | 21mL |

## #9901
### CHEVY & GMC

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Chevrolet Blazer | 4.3L V6 | 96-03 |
| Chevrolet S10 | 4.3L V6 | 96-03 |
| GMC Jimmy | 4.3L V6 | 96-03 |
| GMC Sonoma | 4.3L V6 | 96-03 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 375 | 500 | 19mL |

## #9902
### CHEVY, GMC & ISUZU

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Chevrolet S10 | 2.2-L4 wAC | 99-04 |
| GMC Sonoma | 2.2-L4 w/AC | 99-04 |
| Chevrolet Blazer | 2.2-L4 w/AC | 99-04 |
| GMC Jimmy | 2.2-L4 w/AC | 99-04 |
| Isuzu Hombre | 2.2-L4 w/AC | 99-03 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 250 | 325 | 19mL |

## #9903
### CHEVY & GMC

**C.A.R.B. APPROVAL PENDING**

| | | |
|---|---|---|
| Chevrolet Pickup | 5.0L V8 | 96-99 |
| GMC Pickup | 5.0L V8 | 96-99 |
| Chevrolet Pickup | 5.7L V8 | 96-00 |
| GMC Pickup | 5.7L V8 | 96-00 |
| Chevrolet Tahoe | 5.7L V8 | 96-00 |
| Chevrolet Suburban | 5.7L V8 | 96-00 |
| GMC Yukon | 5.7L V8 | 96-00 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 550 | 775 | 19mL |

EXHIBIT 3  PAGE 37

# MODERN MUSCLE COLD AIR INTAKES

AIR INTAKES

### #9904
### CHEVY & GMC

C.A.R.B. APPROVED



| | | |
|---|---|---|
| Chevrolet Silverado 2500HD/3500 | LB7 Duramax | 01-04.5 |
| GMC Sierra 2500HD/3500 | LB7 Duramax | 01-04.5 |
| Chevrolet Silverado 3500 | 6.6L V8 Diesel | 01-03 |
| GMC Sierra 3500 | 6.6L V8 Diesel | 01-03 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 675 | 950 | 19mL |

### #9920
### FORD & LINCOLN

C.A.R.B. APPROVED



| | | |
|---|---|---|
| Ford F150 | 4.6L, 5.4L | 97-03 |
| Ford Expedition | 4.6L | 98-04 |
| Ford Expedition | 5.4L | 97-04 |
| Lincoln Navigator | 5.4L | 98-99 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 550 | 775 | 19mL |

### #9921
### FORD

C.A.R.B. APPROVED



| | | |
|---|---|---|
| Ford F250 | 6.8L V10 | 99-03 |
| Ford F350 | 6.8L V10 | 99-03 |
| Ford Excursion | 6.8L V10 | 00-04 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 650 | 900 | 19mL |

### #9922
### FORD

C.A.R.B. APPROVED



| | | |
|---|---|---|
| Ford F250 | 7.3L V8 TD | 99-04 |
| Ford F350 | 7.3L V8 TD | 99-04 |
| Ford Excursion | 7.3L V8 TD | 99-04 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 800 | 1125 | 19mL |

EXHIBIT 3 PAGE 38

## MODERN MUSCLE COLD AIR INTAKES

**AIR INTAKES**

### #9923
**FORD**



**C.A.R.B. APPROVED**

| | | |
|---|---|---|
| Ford Mustang GT (Excludes Bullit) | 4.6 L V8 | 96-03 |
| Ford Mustang GT (Excludes Bullit. C.A.R.B. Approval Pending) | 4.6 L V8 | 04 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 550 | 800 | 12mL |

### #9924
**FORD**



**C.A.R.B. APPROVAL PENDING**

| | | |
|---|---|---|
| Ford Mustang GT | 4.6 L V8 | 05-08 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 600 | 850 | 19mL |

### #9925
**FORD & LINCOLN**



**C.A.R.B. APPROVAL PENDING**

| | | |
|---|---|---|
| Ford F150 | 5.4L V8 | 04-08 |
| Lincoln Mark LT | 5.4L V8 | 06-08 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 800 | 1125 | 19mL |

### #9931
**DODGE**



**C.A.R.B. APPROVAL PENDING**

| | | |
|---|---|---|
| Dodge Ram 1500/2500 | 5.2L, 5.9L V8 | 97-01 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 600 | 850 | 19mL |

EXHIBIT 3 PAGE 39

# MODERN MUSCLE COLD AIR INTAKES

## #9932
### DODGE

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Dodge Ram 1500 | 5.7L V8 HEMI | 03-05 |
| Dodge Ram 2500 | 5.7L V8 HEMI | 03-05 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 600 | 850 | 19mL |

## #9940
### JEEP

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Jeep Wrangler | 2.5L 4 CYL. | 97-02 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 425 | 600 | 19mL |

## #9960
### TOYOTA

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Toyota 4Runner | 3.4L V6 | 99-02 |
| Toyota Tacoma | 3.4L V6 | 99-03 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 400 | 550 | 11mL |

## #9961
### TOYOTA

**C.A.R.B. APPROVED**



| | | |
|---|---|---|
| Toyota Tundra | 4.7L V6 | 00-02 |
| Toyota Tundra (Not C.A.R.B. Approved) | 4.7L V6 | 03 |
| Toyota Sequoia | 4.7L V6 | 00-03 |

| Horsepower Rating | CFM Rating | AccuCharge Amt |
|---|---|---|
| 350 | 500 | 19mL |

**More kits in development...check www.speedbyspectre.com for updates**

EXHIBIT 3   PAGE 40

**EXHIBIT 4**



EXHIBIT 4 PAGE 41

**EXHIBIT 5**

AIR INTAKES



# MODULAR AIR INTAKE SYSTEMS (M.A.I.S.)

## HI-PERFORMANCE, NOT HI-COST

## EASY TO INSTALL

## POLYMER RESIN COMPONENTS

### COLD AIR = MORE POWER

The math is so simple. For every 10-degree drop in temperature of the air entering your engine's intake system, you can achieve a 1-1/2 to 2% gain in horsepower.
That means, for example, if you have a 300-hp engine and you drop the intake air temperature 30°, you could gain another 18 horses!

Traditionally, getting that type of power gain meant a costly trip to the shop and thousands of dollars. Not anymore, thanks to Speed By Spectre's Modular Air Intake System, or MAIS. These erector set-style polymer pieces snap together to give you instant cold air. Join the ranks of the million-plus drivers out there who have already discovered that with a Speed By Spectre MAIS, you can create a cold air intake kit quickly and affordably…



1 · 9 0 9 · 6 7 3 · 9 8 0 0

EXHIBIT 3 PAGE 42

## #8208
## M.A.I.S. STARTER KIT



- 3" diameter air intake system
- Kit includes:
  – (2) 4" long straight tubes with connector collars
  – (1) 45° elbow
  – (1) intake tube coupler/reducer
  – (2) gear drive clamps
  – (3) 3" O-rings
  – (1) vacuum sensor tube with connector collar
  – (2) universal mounting brackets
  – (1) each vacuum hose and tube adapters (5mm, 10mm and 13mm)
- Starter kit for following applications directly.  Add additional M.A.I.S. parts for a more elaborate intake system or use as a starting point for your specific application.
- Increase horsepower! For every 10° decrease in intake air temperature, you get a 1.5% to 2% gain in power.
- Improve mileage! An engine that breathes cold air runs more efficiently and yields better fuel mileage.



| APPLICATIONS FOR P/N 8208 M.A.I.S. STARTER KIT | | | |
|---|---|---|---|
| **ACURA** | **CHEVROLET** | **HONDA** | **TOYOTA** |
| '91-'95 Legend | '95-'01 Cavalier | '94-'00 Accord 4 cyl. | '88-'92 Corolla |
| '94-'01 Integra LS | '94-'98 S-10 Truck | '94-'04 Accord V6 | '95-'97 Corolla |
| '00-'01 Integra CL | | '99-'01 Odyssey V6 | |
| '02 - '04 Type S, TL | | '92-'02 Civic ('92-'95 all) | |
| | | ('96-'00 EX/HX) | |

EXHIBIT 5 PAGE 43

**AIR INTAKES**

# 3" M.A.I.S. CHROME TUBES

- 3" diameter chrome tube allows you to customize your cold air intake for unmatched looks and performance
- All tubes include 1 collar clamp
- Increases throttle response and power
- Improves economy



**#8708**
## 4" STRAIGHT TUBE





**#8718**
## 6" STRAIGHT TUBE





**#8728**
## 22° ELBOW





**#8738**
## 45° ELBOW





**#8668**
## 60° ELBOW



41

1 · 9 0 9 · 6 7 3 · 9 8 0 0

EXHIBIT 5 PAGE 44

## 3" M.A.I.S. CHROME TUBES

AIR INTAKES



**#8698**
**90° ELBOW**

**#8778**
**"Y" TUBE**

**#8808**
**1-1/2" EXTENSION**

## VELOCITY FUNNEL



**#8788**
**VELOCITY FUNNEL**

• Increases air flow up to 18%
• Combine with Spectre Memory Flex Air Ducting to route cool air to intake system
• Triple Chrome-Plated

6.5" O.D. Diameter

2.4" Tall

3" O.D. Diameter

EXHIBIT 5 PAGE 45