1  Daniel K. Slaughter (SBN 136725)
   dslaughter@steinlubin.com
2  STEIN & LUBIN LLP
   Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
4  Telephone:  (415) 981-0550
   Facsimile:   (415) 981-4343
5
6  Attorneys for Defendant and Counterclaimant
   SPECTRE PERFORMANCE
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION
11

| | |
|---|---|
| 12  K&N ENGINEERING, INC., a California corporation,<br>13<br>14         Plaintiff,<br>15  v.<br>16  SPECTRE PERFORMANCE, a California corporation,<br>17         Defendant. | Case No.  EDCV 09-1900 VAP (DTBx)<br>**STIPULATION RE EXPERT DISCOVERY**<br>Judge:    Hon. Virginia A. Phillips |
| 18  SPECTRE PERFORMANCE, a California corporation,<br>19<br>20         Counterclaimant,<br>21  v.<br>22  K&N ENGINEERING, INC., a California corporation,<br>23         Counterdefendant. | |

69960004/416155v1                     1               Case No. EDCV 09-1900 VAP (DTBx)

STIPULATION RE EXPERT DISCOVERY

1  WHEREAS, at the Rule 16(b) scheduling conference on July 19, 2010
2  the Court stated that it would set an expert discovery cut-off of December 1, 2010;
3  and
4  WHEREAS, the Court's July 19, 2010 Civil Trial Scheduling Order
5  [Docket 32] sets a non-expert discovery cut-off of October 15, 2010 but does not
6  set forth a separate expert discovery cut-off; and
7  WHEREAS, Federal Rule of Civil Procedure 26(a)(2)(C)(i) sets an
8  expert disclosure date 90 days prior to trial, which in this case would be December
9  29, 2010, and rebuttal expert disclosure date 30 days later; and
10  WHEREAS, the Scheduling Order states that expert disclosures shall
11  be made 70 days prior to the cut-off, which date would be September 22, 2010
12  counting from December 1, 2010, but does not set a rebuttal expert disclosure date;
13  and
14  WHEREAS, the parties would like to verify the expert discovery cut-
15  off as set forth orally at the Scheduling Conference, vary the expert disclosure date
16  approximately one week from the date set by the Scheduling Order and set a date
17  for rebuttal expert reports thereafter, all so that the parties will have time to conduct
18  non-expert discovery and a mediation prior to the expert disclosures.

NOW THEREFORE, the parties stipulate, subject to the Court's approval, by and through their counsel of record, that the expert discovery cut-off is December 1, 2010, Rule 26(a)(2)(C)(i) expert reports shall be served on or before October 1, 2010, and rebuttal expert reports under Rule 26(a)(2)(C)(ii) shall be served on or before October 22, 2010.

SO STIPULATED.

Dated: July 28, 2010

STEIN & LUBIN LLP
Daniel K. Slaughter

By: /s/ Daniel K. Slaughter
Daniel K. Slaughter
Attorneys for Defendant and Counterclaimant
SPECTRE PERFORMANCE

Dated: July 28, 2010

LUCE FORWARD HAMILTON & SCRIPPS LLP
Michael H. Bierman
Jeffrey D. Wexler

LEWIS BRISBOIS BISGAARD & SMITH LLP
Thomas S. Kiddé

By: /s/ Jeffrey D. Wexler
Jeffrey D. Wexler
Attorneys for Plaintiff and Counterdefendant
K&N ENGINEERING, INC.